UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE VILLANUEVA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No.  17-cv-00582-VC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 1 |

　　　　A case in state court may be removed "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). The district embracing the Sacramento Superior Court is the Eastern District of California. The defendants are ordered to show cause why this case should not be transferred to the Eastern District of California or remanded to state court based on its removal to the improper district. The defendants shall file a response by March 15, 2017. The plaintiffs may file a reply by March 22, 2017.

　　　　**IT IS SO ORDERED.**

Dated: March 8, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　United States District Judge